UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>FAM PULI<br>Defendant. | CRIMINAL CASE NO. 00-00050-001 |

**FILED**
DISTRICT COURT OF GUAM
OCT -5 2005
MARY L.M. MORAN
CLERK OF COURT

Re:   Report and Order Terminating Term of Supervised Release

On August 30, 2000, Fam Puli was sentenced in the District Court of Guam to an imprisonment term of 36 months followed by 36 months of supervised release for Alien Smuggling, in violation of 8 U.S.C. §§ 1324(a)(2)(B)(ii) and 18 USC § 2. A condition of supervised release was that he be delivered to a duly authorized immigration official for immediate deportation upon release from imprisonment and that he shall remain outside the United States during his term of supervised release.

On October 1, 2001, Mr. Puli was released from confinement to the custody of the Department of Homeland Security pursuant to a detainer. Mr. Puli's period of supervised release expired on September 30, 2005. Therefore, it is recommended that the defendant be discharged from supervised release and the proceedings in this case be terminated.

RESPECTFULLY submitted this ____ day of October 2005.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:
_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc:   Marivic P. David, AUSA
      Cynthia Ecube, Defense Counsel
      Guam Bureau of Immigration and Customs Enforcement
      File

*******************************************************************************

ORDER OF THE COURT

IT IS SO ORDERED this day 5th of October 2005, that Fam Puli be discharged from supervised release and that the proceeding in the case be terminated.

RECEIVED
OCT -5 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE
DISTRICT COURT OF GUAM

**ORIGINAL**